Philip D. Dracht, #11561
FABIAN & CLENDENIN, P.C.
215 South State Street, Ste. 1200
Salt Lake City, UT 84111
Tel: (801) 323-2251
Fax: (801) 596-2814
pdracht@fabianlaw.com

Attorney for Defendants Countrywide Bank, N.A., d/b/a Bank of America Corporation, BAC Home Loans Servicing, LP and ReconTrust Company, N.A.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TIMOTHY R. BELL, an individual; and JENNIFER BELL, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>COUNTRYWIDE BANK, N.A. d/b/a BANK OF AMERICA CORPORATION, a Delaware corporation; BAC HOME LOANS SERVICING, LP, a Texas limited partnership; RECONTRUST COMPANY, N.A., a national association; and DOES 1-5,<br><br>*Defendants*. | Case No. 2:11-cv-00271-BSJ<br><br><br><br>**NOTICE OF STIPULATED DISMISSAL OF THE CLAIMS OF PLAINTIFFS TIMOTHY & JENNIFER BELL AS WELL AS PLAINTIFF IN INTERVENTION, THE STATE OF UTAH** |
| STATE OF UTAH,<br>*Plaintiff in Intervention*,<br><br>v.<br><br>RECONTRUST COMPANY, N.A., a national association,<br><br>*Defendant*. | |

Plaintiffs Timothy Bell and Jennifer Bell, by and through counsel, and Plaintiff in Intervention, the State of Utah, by and through its attorneys, pursuant to Rule 41(a)(1)(A)(ii) of

the Federal Rules of Civil Procedure, stipulate to the voluntary dismissal of all claims against Defendants in this action, with prejudice, with each party to bear its own costs.

Dated: December 27, 2012            Respectfully Submitted,

**COUNTRYWIDE BANK, N.A. d/b/a BANK OF AMERICA CORPORATION, BAC HOME LOANS SERVICING, LP, and RECONTRUST COMPANY, N.A.**

*By Counsel*

*s/ Philip D. Dracht*
Philip D. Dracht, #11561
FABIAN & CLENDENIN, P.C.

Amy Miller (admitted *pro hac vice*)
MCGUIREWOODS LLP
2001 K Street, NW
Suite 400
Washington, DC 20006-1040
Tel: (202) 857-1732
Fax: (202) 828-2963
amiller@mcguirewoods.com

Brian E. Pumphrey (admitted *pro hac vice*)
MCGUIREWOODS LLP
901 East Cary Street
Richmond, Virginia 23219
Tel: (804) 775-7745
Fax: (804) 698-2018
bpumphrey@mcguirewoods.com

*Attorneys for Defendants Countrywide Bank, N.A., d/b/a Bank of America Corporation, BAC Home Loans Servicing, LP, ReconTrust, N.A.*

**TIMOTHY R. BELL AND JENNIFER BELL**

2

By Counsel
/S Abraham Bates     *

Abraham Bates
Steven Crawley
Wasatch Advocates, LLC
4525 Wasatch Boulevard
Ste. 300
Salt Lake City, Utah 84124

*   (Signed by Filing Attorney with permission of Plaintiffs' Counsel)
/s/Philip D.Dracht

*Attorneys for Plaintiffs*

STATE OF UTAH

By Counsel

Thomas Roberts
Wade Farraway
Assistant Utah Attorney General
Mark Shurtleff
Utah Attorney General
Attorneys for the State of Utah
160 East 300 South, Fifth Floor
P.O. Box 140857
Salt Lake City, Utah 84114-0857
Telephone: (801) 366-0353

**
**(Signed copy of document bearing signature of Mark Shurtleff is being maintained in the office of the Filing Attorney)
s/Philip D.Dracht

*Attorneys for Intervenor*

3

## CERTIFICATE OF SERVICE

January 15, 2013

The undersigned hereby certifies that on ~~December 28, 2012~~, the foregoing was filed with the Clerk of the Court uploaded to ECF and electronically served on all parties represented by counsel.

Abraham Bates
Steven Crawley
Wasatch Advocates, LLC
4525 Wasatch Boulevard
Ste. 300
Salt Lake City, Utah 84124

*Attorneys for Plaintiffs*

Thomas Roberts
Wade Farraway
Assistant Utah Attorney General
Mark Shurtleff
Utah Attorney General
Attorneys for the State of Utah
160 East 300 South, Fifth Floor
P.O. Box 140857
Salt Lake City, Utah 84114-0857
Telephone: (801) 366-0353

*Attorneys for Intervenor*

                                              *s/Philip D. Dracht*
                                              Philip D. Dracht, #11561