## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Laura Robinson
COURTROOM DEPUTY: Michael R. Weiler
INTERPRETER: None

CASE NO. 11-C-271 BSJ

Bell, et al v. Countrywide Bank NA, et al

RECEIVED
FEB 0 5 2013
OFFICE OF U.S. DISTRICT JUDGE
BRUCE S. JENKINS

Approved By:_____

### APPEARANCE OF COUNSEL

| | |
|---|---|
| Intvp | Wade A. Farraway, AAG |
| Intvp | Thomas D. Roberts, AAG |
| Pla | Abraham C. Bates |
| Dft | Philip D. Dracht |
| Dft | Brian E. Pumphrey |
| Dft | Amy Miller |

DATE: January 15, 2013, 1:30 PM - 2:10 PM

MATTER SET:  Motions Hearing re: to consider (**#139**) Plaintiff's Rule 41(a)(2) motion to dismiss all of their claims with prejudice; & to consider (**#140**) stipulated dismissal of the claims of plaintiffs Timothy & Jennifer Bell, as well as, Plaintiff in Intervention, The State of Utah. (40 mins), Rm 420

DOCKET ENTRY:

    Argument & discussion heard. Crt rules:

    - Grants, (**#140**) stipulated dismissal of the claims of plaintiffs Timothy & Jennifer Bell, as well as, Plaintiff in Intervention, The State of Utah

    Mr. Dracht to prepare order.